# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

ELIJAH FARMS, INC. et al., on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

SYNGENTA AG et al.,

    Defendants.

No. 15-CV-140-LRR

**ORDER**

The matter before the court is Defendants Syngenta Corporation, Syngenta Crop Protection, LLC and Syngenta Seeds, Inc.'s (collectively, "U.S. Defendants") unresisted "Motion to Stay Pending Transfer By Judicial Panel on Multidistrict Litigation" ("Motion") (docket no. 6), which the U.S. Defendants filed on December 14, 2015. In the Motion, the U.S. Defendants request that the court stay the instant action pending decision by the Judicial Panel on Multidistrict Litigation ("JPML") on whether to transfer the instant action to a multidistrict litigation ("MDL") in progress in the United States District Court for the District of Kansas. *See* In re *Syngenta AG MIR 162 Corn Litig.*, MDL No. 2591 (J.P.M.L. 2015). The U.S. Defendants state that the instant action has already been designated as a tag-along case in the MDL. Memorandum in Support of the Motion (docket no. 6-1) at 2. For the reasons stated in the Motion, the Motion is **GRANTED**. All proceedings in this matter are **STAYED** pending the JPML's determination whether to transfer the instant action to the MDL and the completion of any transfer pursuant to 28 U.S.C. § 1407.

    **IT IS SO ORDERED.**

**DATED** this 16th day of December, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA